COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:                     01-15-00057-CV

Style:                            Jasmina Manginello

                                 **v**. Ralph P. Manginello

Date motion filed:                February 4, 2015

Type of motion:                   "Motion to Unseal Documents"

Party filing motion:              Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:              Current Due date:
    Date Requested:

Ordered that motion is:

☐        Granted

         If document is to be filed, document due:

         ☐        Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐        Denied

☑        Dismissed (moot)

☐        Other: _____

         The clerk's record was filed in this appeal on August 3, 2015, and the reporter's record was filed on August 31,
         2015. The record filed in this Court does not include an order sealing court records, and does not include any
         documents filed as sealed records. *See generally* TEX. R. CIV. P. 76a. Accordingly, we dismiss the motion as
         moot.

Judge's signature:    /s/ Russell Lloyd
                      ☑ Acting individually        ☐ Acting for the Court

Panel consists of     _____

Date:  September 10, 2015

November 7, 2008 Revision